**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jesus Miguel GONZALEZ-GONZALEZ,
Defendant-Appellant.**

No. 17-50571
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 31, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jesus Miguel Gonzalez-Gonzalez, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Gonzalez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez-Gonzalez has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.